IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV154-MOC-DSC

| | |
|---|---|
| DEBORAH SUMLIN, Individually and on behalf of all persons similarly situated, ) ) ) Plaintiff, ) v. ) ) CREDIT ALLIANCE GROUP, INC., et. al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application(s) for Admission to Practice Pro Hac Vice [for Kevin A. Koudelka and Michael D. Richardson]" (documents ##8-9) filed July 7, 2011. For the reasons set forth therein, the Motions are granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 8, 2011

David S. Cayer
United States Magistrate Judge